## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARVIN L. HISHAW,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    CIV-06-658-R |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security** | ) |
| **Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking review of the final decision of the Commissioner of the Social Security Administration, denying his application for disability insurance benefits. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Gary M. Purcell for preliminary review. On February 8, 2007, Judge Purcell issued a Report and Recommendation, wherein he recommended that the decision of the Commissioner be affirmed. The matter is currently before the Court on Plaintiff's objection to the Report and Recommendation. Because Plaintiff filed a timely objection to the Report and Recommendation, the Court makes a *de novo* review.

Upon *de novo* review of Plaintiff's objections, the Court finds that they are insufficient to justify overturning the conclusions of the Magistrate Judge. Judge Purcell properly found that the record provides substantial evidence to support the final decision of the Commissioner to deny plaintiff's application for disability insurance benefits. Therefore,

the Court finds that the Report and Recommendation should be adopted in its entirety. The decision of the Commissioner is AFFIRMED. Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 12th day of March, 2007.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE